THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICIO AREVALO, Appellant. [894 NYS2d 912]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kohm, J.), rendered January 18, 2007, convicting him of attempted rape in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court erroneously sustained the prosecutor's objections to certain proposed testimony by the defendant (*see People v Kass*, 59 AD3d 77, 86-87 [2008]). The error, however, was harmless (*see People v Crimmins*, 36 NY2d 230 [1975]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Prudenti, P.J., Dillon, Eng and Roman, JJ., concur.